IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-CR-00276-W-DW |
| v. ) | |
| ) | |
| RICHARD L. BROWN, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 37), which recommends that the Court deny Defendant Richard L. Brown's (the "Defendant") Motion to Suppress Identification With Suggestions (Doc. 20). The Defendant has not filed objections to the Report and Recommendation. After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 37). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES the Defendant's Motion to Suppress Identification With Suggestions (Doc. 20).

IT IS SO ORDERED.


Date: December 15, 2014         _____/s/ Dean Whipple_____
                                      Dean Whipple
                                United States District Judge